IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JESSICA FEATHERSTON** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No.** |
| | § | |
| v. | § | |
| | § | |
| **TRANS-SIBERIAN ORCHESTRA, INC., NIGHT CASTLE MANAGEMENT INC., WILD CHILD TOURING, INC. PRODUCTION RESOURCE GROUP, LLC and SHOWPAY, LLC** | § § § § § | |
| | § | |
| *Defendants.* | § | |

## JOINT NOTICE OF REMOVAL

Defendants Trans-Siberian Orchestra, Inc., Night Castle Management, Inc., Wild Child Touring, Inc., Production Resource Group, LLC and Showpay, LLC ("Defendants") in the above-styled action, hereby file their Joint Notice of Removal by and through the undersigned attorneys of record. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the above-captioned action is removed from the 191st Judicial District Court, Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division, and as grounds for such removal, Defendants respectfully state as follows:

## I.
## STATE COURT ACTION

1. On February 12, 2025, Jessica Featherston ("Plaintiff") filed Plaintiff's Original Petition in the 191st Judicial District Court of Dallas County, Texas, styled *Jessica Featherston v. Trans-Siberian Orchestra, Inc., Night Castle Management, Inc., Wild Child Touring Inc., Production Resource Group, LLC, and Showpay, LLC;* Cause No. DC-25-02462 (the "State Court Action").

2. In her Petition, Plaintiff claims, among other things, that she was subject to sexual harassment and disparate treatment by all named defendants in violation of Title VII. *See Original Petition,* Counts I - III. She also alleges that she was retaliated against in violation of Title VII and state law by Production Resource Group, LLC and Showpay, LLC and that those defendants are liable to her under theories of breach of contract and promissory estoppel. *See Original Petition,* Count VI.

## II.
## PROCEDURAL REQUIREMENTS

1. Defendants Trans-Siberian Orchestra, Inc., Night Castle Management, Inc., Wild Child Touring, Inc. each received a copy of Plaintiff's Petition via certified mail at their corporate offices on February 25, 2025. Defendants Production Resource Group, LLC and Showpay, LLC were also served on February 25, 2025. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) within thirty (30) days of the receipt of the initial pleading setting forth the claim for relief.

2. This action is properly removed to this Court, as the State Court Action is pending within this district and division. 28 U.S.C. §§ 1441, 1446(a).

3. Along with filing a completed civil cover sheet and a completed supplemental civil cover sheet pursuant to LR 81.1(a)(1-2), pursuant to 28 U.S.C. § 1446(a) and LR 81.1, Defendants are attaching to this notice of removal as *Exhibit A* true and correct copies of the following:

   a. An index of all documents that clearly identifies each document and indicates the date the documents was filed in state court;

   b. A copy of the docket sheet in the state court action;

   c. Each document filed in the state court action; and

    d. Separately signed certificates of interested persons that comply with L.R. 3.1(c) or 3.2(e).

4. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly give written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the District Clerk of Dallas County, Texas.

6. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them, including, but not limited to, lack of subject matter jurisdiction, lack of personal jurisdiction, insufficiency of process, insufficiency of service of process, the expiration of any statute of limitations, bar by statute of frauds, or failure by Plaintiff to state any claim upon which relief may be granted.

7. Plaintiff has alleged a federal question. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff's claims arise under Title VII. 42 U.S.C. § 2000e. Accordingly, removal to this Court is proper.

8. All served Defendants join in this removal.

9. Plaintiff requested a jury during the State Court Action.

### III.
### PRAYER

Wherefore, Defendants jointly remove this action from the 191st Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division, so that this Court may assume jurisdiction over this case, as provided by law.

Respectfully submitted,

By: */s/ Rachel Z. Ullrich*
    Rachel Z. Ullrich
    Texas Bar No. 24003234
    rullrich@fordharrison.com
    Kimberly M. Bennett
    Texas Bar No. 00798359
    kbennett@fordharrison.com

**FORDHARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

MORGAN FORSEY (*Pending Pro Hac Vice*)
morgan.forsey@afslaw.com
**ARENTFOX SCHIFF LLP**
555 South Flower Street, 43rd Floor
Los Angeles, California 90071
Telephone: (213) 629-7400
Facsimile: (213) 629-7401

ROSS J. CHARAP (*Pending Pro Hac Vice*)
ross.charap@afslaw.com
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

**ATTORNEYS FOR DEFENDANTS TRANS-SIBERIAN ORCHESTRA, INC., NIGHT CASTLE MANAGEMENT, INC., WILD CHILD TOURING, INC.**

**-and-**

*/s/* Jessica Glatzer Mason
Jessica Glatzer Mason
Texas State Bar No. 24051001
jmason@foley.com

**FOLEY & LARDNER LLP**
1000 Louisiana, Suite 2000
Houston, Texas 77002
(713) 276-5500 – Telephone
(713) 276-5555 – Facsimile

**ATTORNEYS FOR DEFENDANTS PRODUCTION RESOURCE GROUP, LLC AND SHOWPAY, LLC**

JOINT NOTICE OF REMOVAL – Page 5
WSACTIVELLP:114088232.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing *Joint Notice of Removal* with the Clerk of Court via the CM/ECF system that will send notification of such filing to all counsel of record, as follows:

Michelle Stratton
mstratton@mbssmartlaw.com
Rick Houghton
rhoughton@mbssmartlaw.com
Conor Harvey
charvey@mbssmartlaw.com
Christian McGuire*
cmcguire@mbssmartlaw.com
**MURPHY BALL STRATTON LLP**
1001 Fannin Street, Suite 720 Houston. Texas 77002

Beth Parlato*
beth.parlato@iwf.org
**INDEPENDENT WOMEN'S FORUM**
1802 Vernon Street NW, Suite 1027
Washington, D.C. 20009

**ATTORNEYS FOR PLAINTIFF**
*Pro Hac Vice Pending

Nicholas Barry*
nicholas.barry@aflegal.org
Laura Steil*
laura.stell@aflegal.org
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Avenue SE #231
Washington, DC 20003

*/s/ Rachel Z. Ullrich*
Rachel Z. Ullrich